UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT GEORGE COLE,<br><br>               Petitioner,<br><br>     v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>               Respondents. | Case No. 5:26-cv-02578-SRM-ACCV<br><br>**ORDER PRESERVING THIS COURT'S JURISDICTION OVER PETITIONER'S HABEAS PETITION AND SETTING BRIEFING SCHEDULE ON *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [3]** |

Having reviewed Hubert George Cole's ("Petitioner") *ex parte* application for a temporary restraining order, Dkt. 3, the Court **ORDERS** the following:

1.     To preserve this Court's jurisdiction pending a ruling in this matter, Petitioner must not be removed to a location outside the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action unless and until the Court orders otherwise. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."). Further, to ensure Petitioner has adequate access to legal counsel pending a ruling on the

petition, Petitioner must not be transferred except to a facility within the Central District of California, absent further order from this Court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (stating that the District Court has "the power to preserve existing conditions while . . . determining its own authority to grant injunctive relief").

2.   Respondents must file either an opposition or notice of non-opposition to the *ex parte* application on or before May 15, 2026, at 8:00 p.m.

3.   Petitioner may file a reply on or before May 16, 2026, at 8:00 p.m.

4.   Unless the court orders otherwise, Petitioner's *ex parte* application will be deemed submitted, without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

5.   Petitioner must notify Respondents of this order immediately and file a proof of service no later than May 14, 2026, at 8:00 p.m.

**IT IS SO ORDERED.**

Dated: May 14, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-