**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUBERT GEORGE COLE,<br><br>               Petitioner,<br><br>     v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>               Respondents. | Case No. 5:26-cv-02578-SRM-ACCV<br><br>**ORDER GRANTING THE PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

Pursuant to the Joint Stipulation Regarding Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241:

GOOD CAUSE HAVING BEEN SHOW, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition of Writ of Habeas Corpus ("Petition") in this action shall be granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Petitioner's *Ex Parte* Temporary Restraining Order granted by the Court (Dkt. 10) on May 16, 2026.  Additionally, because the Petition is granted, this Order moots the

/ / /

/ / /

1

Preliminary Injunction and discharges Respondents' orders to show cause. (Dkts. 10, 15.)

IT IS SO ORDERED.

DATED:  July 14, 2026

HON. SERENA R. MURILLO
United States District Judge