JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUBERT GEORGE COLE,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-02578-SRM-ACCV

**JUDGMENT**

Pursuant to the Order Granting the Petition, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED.

DATED: July 14, 2026

HON. SERENA R. MURILLO
United States District Judge